Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 61176.**—Glensder Textile Corp. *v.* United States, protests 292839–K, 292843–K, and 293721–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 61177.**—Frances Hirsch *v.* United States, protest 293666–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 61178.**—Keuffel & Esser Co. *v.* United States, protests 286315–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of drawing instrument cases similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

**No. 61179.**—Lian Bros., Inc. *v.* United States, protest 286798–K (New York).